■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK H. KELLERMAN, Appellant.— Application for permission to proceed as a poor person and assignment of counsel upon appeal from an order of the Supreme Court, Albany County, entered October 11, 1965, denying a motion to vacate indictment denied, on the ground that no appeal lies to this court from such order. (Code Crim. Pro., § 517.) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.